IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANGELA ENGLEMAN                                                                         PLAINTIFF

v.                                              No. 4:14cv601-JLH

UNITED STATES OF AMERICA                                                                DEFENDANT

**COMPLAINT**

Come now the Plaintiff, Angela Engleman, by and through her attorneys, DOVER DIXON HORNE PLLC, and for her *Complaint* states:

I. This is an action arising under the Federal Tort Claims Act, 28 U.S.C.A. §§ 2671 et seq. Plaintiff files this action against the Defendant for the general negligence of its employees at the Veterans Administration which proximately caused injury to Plaintiff.

II. This court is vested with jurisdiction pursuant to 28 U.S.C.A. § 1346(b). The action arises out of acts or omissions of Defendant within the Eastern District of Arkansas, Western Division. Venue is proper pursuant to 28 U.S.C.A. § 1402(b).

III. At all relevant times to this Complaint, the Plaintiff was a resident of the State of Arkansas.

IV. At all relevant times to this Complaint, The United States of America, through the Veterans Administration, operated, maintained and controlled the Veterans Administration located at 2200 Fort Roots Dr, North Little Rock, AR 72114.

V. On June 11, 2012, Plaintiff was working at the Veterans Administration in North Little Rock, Arkansas, in the main dining area of Building 76, which is operated by the Veterans' Administration ("VA"), an agency of the United States of America.

**VI.** Although Plaintiff was not a regular VA employee, she was working under the Incentive Therapy program sponsored by VA.

**VII.** At all times mentioned employees of Veterans Administration, a federal agency of Defendant, had the duty to clean, maintain, and keep the Veterans Administration in good order for the use of persons entering such building. All the acts or omissions complained of were performed by the employees of Defendant, while acting within the scope of their employment, and with the permission and consent of Defendant.

**VIII.** At approximately 9:10 a.m. on June 11, 2012, Plaintiff, while exercising due care for her safety, was lawfully and properly walking through the main dining room of Building 76 when she slipped on a wet area that had recently been mopped and fell to the floor of the dining room. She did not know that the specific area she was walking over was wet.

**IX.** The negligence of Defendant's employees in failing to place "wet floor" signs in the immediate appropriate area and to otherwise warn persons of the wet floor, and allowing the floor to remain in a slippery, hazardous, and unsafe condition during a time when it was foreseeable that people would be walking in the area, was the proximate cause of Plaintiff's fall and of the resulting injuries sustained from such fall. After her fall, Plaintiff observed one of Defendant's employees placing a "wet floor" sign in the area where she had fallen.

**X.** As a result of Plaintiff's fall, Plaintiff sustained a right ankle syndesmotic disruption with fracture of the proximal fibula. She was required to have surgery to place a screw and an additional surgery to remove the screw which had moved, and has sustained physical, mental and emotional pain, distress, suffering, disfigurement, loss of use, has

incurred extensive medical treatment, and other temporary and permanent damages. She no longer can wear certain shoes, such as heels or boots. She spent an extended period of time after surgery in a cast.

XI. On October 31, 2013, a claim regarding the same cause of action was filed with the Veterans Administration, an agency of the United States, on behalf of plaintiff, and this claim was denied by a letter from the Veterans Administration dated May 2, 2014.

WHEREFORE, Plaintiff demands judgment against Defendant in the amount of $250,000.00, together with costs of suit, attorney's fees and such other and further relief as the court may deem proper.

**ANGELA ENGLEMAN**

Plaintiff

By Her Attorneys

_____
Bridget H. Norton
Arkansas Bar No. 2012195
Michael G. Smith
Arkansas Bar No. 81146
DOVER DIXON HORNE PLLC
425 West Capitol Ave., Suite 3700
Little Rock, AR 72201
Ph: (501) 375-9151
Fax: (501) 375-6484
E-mail: bnorton@ddh-ar.com
E-mail: msmith@ddh-ar.com

3