IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANGELA ENGLEMAN                                                                PLAINTIFF

v.                                          No. 4:14CV00601 JLH

UNITED STATES OF AMERICA                                                DEFENDANT

## JOINT STIPULATION OF DISMISSAL

Plaintiff Angela Engleman and defendant the United States of America jointly stipulate to the dismissal of this case with prejudice under Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure:

1. The parties have reached a settlement in this matter. Plaintiff therefore stipulates to the dismissal of this case with prejudice, and defendant joins in the stipulation.

2. This stipulation should thus be immediately effective and operate as a dismissal with prejudice. Fed. R. Civ. P. 41(a)(1)(A).

3. If the Court or Clerk of the Court requires an order to dismiss and close the case, the parties request that this stipulation be treated as a motion for that order, confirming this dismissal with prejudice.

WHEREFORE, the parties stipulate to the dismissal of this action with prejudice.

Respectfully submitted,

Attorneys for Plaintiff:

DOVER DIXON HORNE PLLC
425 West Capitol Avenue, Suite 3700
Little Rock, Arkansas  72201
Phone: (501) 375-9151
Facsimile: (501) 375-6484


*/s/*     *Bridget H. Norton*

_____

Bridget H. Norton, (2012195)
*Email:* bnorton@ddh-ar.com
Michael G. Smith (81146)
*Email:* msmith@ddh-ar.com

AND

Attorneys for Defendant:

CHRISTOPHER R. THYER
United States Attorney
Eastern District of Arkansas


*/s/*     *Jamie Goss Dempsey*

_____

Jamie Goss Dempsey
Ark. Bar No. 2007239
Assistant U. S. Attorney
P.O. Box 1229
Little Rock, Arkansas 72203
Tel.    (501) 340-2600
jamie.dempsey@usdoj.gov